IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3131 |
| v. | ) | |
| ANTONIO AMILCAR VELASQUEZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue (filing 96) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 85) has been rescheduled before the undersigned United States district judge to Wednesday, October 12, 2011, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

DATED this 12th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge